IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GUSTA R. BYAS, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 4:09-CV-3621 |
| WASHINGTON MUTUAL BANK, *A* | § | |
| *Division of JP Morgan Chase Bank,* | § | |
| *N.A.*, | § | A Jury Is Demanded |
| Defendant | § | |

## ORDER

The Court hereby ~~grants~~ *denies* Plaintiff's Opposed Motion to Extend the Time for Voir Dire. The Court does voir dire. ~~Both parties will be permitted up to 45 minutes of attorney-led voir dire.~~

Signed this 24th day of Jan, 2012.

Vanessa Gilmore
United States District Judge